# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 20, 2013

145717-8 & (47)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

ATTORNEY GENERAL,
      Appellant,

v

MPSC,
      Appellee,

and

INDIANA MICHIGAN POWER
COMPANY,
      Petitioner-Appellee.
_____/

SC: 145717
COA: 299590
MPSC: 00-016180

ATTORNEY GENERAL,
      Appellant,

v

MPSC, MUNICIPAL COALITION,
HEMLOCK SEMICONDUCTOR
CORPORATION, and ENERGY
MICHIGAN, INC.
      Appellees,

and

CONSUMERS ENERGY COMPANY,
      Petitioner-Appellee.
_____/

SC: 145718
COA: 299591
MPSC: 00-016191

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the July 10, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 20, 2013

_____
Clerk

h0313